192 F.2d 935
 STUART INVESTMENT COMPANY, a corporation, Appellant,
v.
WESTINGHOUSE ELECTRIC CORPORATION, a corporation.
 No. 14449.
 United States Court of Appeals Eighth Circuit.
 Nov. 7, 1951.
 
 J. Lee Rankin, J. C. Mason and Kenneth E. Anderson, all of Lincoln, Neb., for appellant.
 Davis, Stubbs & Healey, Lincoln, Neb., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellant and motion of appellee. 11 F.R.D. 277.